390 A.2d 295

Commonwealth v. Moore, Appellant.

Argued March 22, 1978. Jay S. Gottlieb, for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., would reverse as to robbery.

SPAETH, J., did not participate in the consideration or decision of this case.